[No. 25257-4-III.  Division Three.  August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCIO CRUZ
BENAVIDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 05-1-01105-3, Cameron Mitchell, J., entered
June 1, 2006. *Affirmed* by unpublished opinion per Brown,
J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25496-8-III.  Division Three.  August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDIS LAVELLE
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 06-1-00524-5, Neal Q. Rielly, J., en-
tered August 30, 2006. *Affirmed* by unpublished opinion
per Kulik, J., concurred in by Schultheis, A.C.J., and
Stephens, J.

[No. 25174-8-III.  Division Three.  August 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL RAMIREZ
CUEVA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 05-1-02851-9, Michael E. Schwab, J., entered
April 26, 2006. *Affirmed* by unpublished opinion per Kulik,
J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25244-2-III.  Division Three.  August 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN J.
GOMEZ-VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 05-1-01044-5, Kathleen M. O'Connor, J.,
entered May 22, 2006. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Schultheis and Brown, JJ.